United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MELCHOR CERIA DE LA CRUZ,

        Plaintiff,

    v.

WALMART INC.,

        Defendant.

Case No.  26-cv-00166-HSG

**SCHEDULING ORDER**

A case management conference was held on April 14, 2026.  Having considered the parties' proposals, *see* Dkt. No. 14, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | May 14, 2026 |
| Close of Fact Discovery | September 11, 2026 |
| Exchange of Opening Expert Reports | September 26, 2026 |
| Exchange of Rebuttal Expert Reports | October 11, 2026 |
| Close of Expert Discovery | October 26, 2026 |
| Dispositive Motion Hearing Deadline | January 7, 2027, at 2:00 p.m. |
| Pretrial Conference | March 30, 2027, at 3:00 p.m. |
| Jury Trial (5 days) | April 12, 2027, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:    4/16/2026

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2