# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| MELCHOR CERIA DE LA CRUZ | CASE No C  4:26-cv-00166-HSG |
| Plaintiff(s) |  |
| v. | STIPULATION AND ORDER SELECTING ADR PROCESS |
| WALMART INC.; DOES 1 to 50, |  |
| Defendant(s) |  |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☒ **Private ADR** (*specify process and provider*)
   Barry M. Plotkin, Esq. (private mediation)

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered. )*

☐ other requested deadline:

Date: 4/15/2026

/s/Preny Sarkissian
Attorney for Plaintiff

Date: 4/15/2026

Attorney for Defendant

---

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:  4/17/2026

U.S. DISTRICT JUDGE

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-2017*